**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

January 25, 2010

**FILED**
JAN 2 6 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

John Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814

Re:   **U.S. v. Cruz Manzo-Gonzalez**
      **CR.S-09-0407 FCD**

Dear Mr. Manning:

This will confirm your appointment as counsel by the Honorable Frank C. Damrell, Jr., U.S. District Judge, to represent the above-named defendant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

Kurt Heiser
CJA Administrator

:kch
Enclosures

cc:   Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| CAE | Manzo-Gonzalez, Cruz | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:09-000407-006 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Arceo-Rangel et a | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS
Manning, John
1111 H Street
Suite 204
Sacramento CA 95814

Telephone Number: (916) 444-3994

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
☒ O Appointing Counsel   ☐ C Co-Counsel
☐ F Subs For Federal Defender   ☐ R Subs For Retained Attorney
☐ P Subs For Panel Attorney   ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

☐ Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
☐ Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
10/09/2009      1/11/10
Date of Order    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** / **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     )   TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $     )   TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number ___   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case?  ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____    Date: _____

**APPROVED FOR PAYMENT -- COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|

10-12

CJA-23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE

| | |
|---|---|
| United States V.S. | FOR: Eastern District of California |
| Cruz Manzo-Gonzalez | AT: Sacramento |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Cruz Manzo-Gonzalez

1 ☒ Defendant— Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
2:09 CR 407 FCD

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)
21 U.S.C. Sections 846 and 841(a)(1)
18 U.S.C. Section 924 (c)(1)(A)(i)
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment. How much did you earn per month? $

If married is your Spouse employed?  ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED                         SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES   $

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
VALUE                         DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT   Cruz

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents:
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  1/31/09

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)  ▶  X Cruz Manzo

JAN 0 1