UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRUZ MANZO-GONZALEZ,<br><br>　　　　Defendant. | No. 2:09-cr-00407-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release CRUZ MANZO-GONZALEZ;

Case No. 2:09-cr-00407-KJM, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　　___ Unsecured Appearance Bond

　　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　　___ Appearance Bond with Surety

　　　　　　　___ Corporate Surety Bail Bond

　_X_ (Other): Time Served

Issued at Sacramento, California on  10/29/14 , at 1:05 p.m.

_____
Kimberly J. Mueller
United States District Judge